UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HUI G. CHEN | CIVIL ACTION |
| VERSUS | NO: 13-5808 |
| OCHSNER CLINIC FOUNDATION AND OCHSNER CLINIC, A PROFESSIONAL CORPORATION | SECTION: "S" (3) |

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Ochsner Clinic Foundation and Ochsner Clinic, A Professional Corporation, and against plaintiff, Hui G. Chen, dismissing with prejudice plaintiff's claims brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq.; 42 U.S.C. § 1981; La. Rev. Stat. § 23:301, et seq.; the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.; and, La. Rev. Stat. § 23:322, et seq..

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Ochsner Clinic Foundation and Ochsner Clinic, A Professional Corporation, and against plaintiff, Hui G. Chen, dismissing without prejudice plaintiff's claim brought under La. Rev. Stat. § 23:1361 and his claim for intentional infliction of emotional distress.

New Orleans, Louisiana, this   2nd   day of December, 2014.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE